UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Antwan Darc-el Thomas, | File No. 22-cv-698 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Ramsey County Sheriffs, St. Paul Police Officers, Great Britain, and Sgt. Brent Wittner, | |
| Defendants. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on July 20, 2022. ECF No. 23. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**;

2. The action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A; and

3. Plaintiff's application to proceed in forma pauperis [ECF No. 5] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court